| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **L. Bishop Austin**<br>**3250 WILSHIRE BLVD., STE 1500**<br>**LOS ANGELES, CA 90010**<br>**(213) 388-4939 Fax: (213) 388-2411**<br>**Email: lbishopbk@yahoo.com**<br>California State Bar Number: **175497**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**MAR 30 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may       DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br>CASE NUMBER   **2:09-bk-20339-AA** |
| In re:<br><br>**Mario Enrique Barillas**<br><br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on _____2/3/2010____ as docket entry number _31__ ~~and the recommendation of the Chapter 13 Trustee~~, it is ORDERED that Debtor's Motion is:

☒     GRANTED                ☐     DENIED

☐     GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐     GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 2*

F 3015-1.14

| In re:<br>**Mario Enrique Barillas**<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER    2:09-bk-20339-AA |
|---|---|

☐ Set for Hearing on _____ at _____.

###

DATED: March 30, 2010

*Alan M. Ahart* (signature)
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 3015-1.14**

Case 2:09-bk-20339-AA   Doc 34   Filed 03/30/10   Entered 03/30/10 09:19:37   Desc
Main Document   Page 3 of 7
Order on Chapter 13 Debtor's Motion – Page 3

F 3015-1.14

| In re: <br> **Mario Enrique Barillas** | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER   2:09-bk-20339-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3250 Wilshire Blvd, Suite 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described Proposed Order on Chapter 13 Debtor's Motion for Authority to Sell Real Property   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   3/27/2010 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/27/2010 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14

| In re:<br>**Mario Enrique Barillas** | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-20339-AA |

MARIO ENRIQUE BARILLAS
930 W 81ST STREET
LOS ANGELES, CA 90044

L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

CHAPTER 13 TRUSTEE
KATHY A DOCKERY
700 S. FLOWER ST., STE 1950
LOS ANGELES, CA 90017

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

INDY MAC
PO BOX 78826
PHOENIX, AZ 85062

INTERNAL REVENUE SERVICE
ATTN.: BANKRUPTCY DEPARTMENT
STOP 5117
300 N LOS ANGELES STREET
LOS ANGELES, CA 90012

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54018
LOS ANGELES, CA 90054

QUALITY LOAN SERVICE
2141 5TH AVENUE
TS# CA-09-232275-TC
SAN DIEGO, CA 92101

SELECT PORTAFOLIO SERVICING INC
P.O. BOX 65250
SALT LAKE CITY, UT 84165

SELECT PORTAFOLIO SERVICING, INC.
AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICING COMPANY
CSC
2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

SPS SERVICING
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

Case 2:09-bk-20339-AA    Doc 34    Filed 03/30/10    Entered 03/30/10 09:19:37    Desc
Main Document    Page 5 of 7
Order on Chapter 13 Debtor's Motion – *Page 5*

F 3015-1.14

| In re:<br>**Mario Enrique Barillas** | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER  2:09-bk-20339-AA |

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14

F 3015-1.14

| In re:<br>**Mario Enrique Barillas**<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:09-bk-20339-AA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled    Order on Debtor's Motion for Authority to Sell Real Property
below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    3/29/10   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Leroy Bishop Austin    lbishopbk@yahoo.com
- Kathy A Dockery    efiling@CH13LA.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
MARIO ENRIQUE BARILLAS
930 W 81ST STREET
LOS ANGELES, CA 90044

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

Case 2:09-bk-20339-AA    Doc 34    Filed 03/30/10    Entered 03/30/10 09:19:37    Desc
Main Document    Page 7 of 7
Order on Chapter 13 Debtor's Motion – *Page 7*

F 3015-1.14

| In re:<br>**Mario Enrique Barillas**<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER  2:09-bk-20339-AA |
|---|---|

L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

CHAPTER 13 TRUSTEE
KATHY A DOCKERY
700 S. FLOWER ST., STE 1950
LOS ANGELES, CA 90017

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

INDY MAC
PO BOX 78826
PHOENIX, AZ 85062

INTERNAL REVENUE SERVICE
ATTN.: BANKRUPTCY DEPARTMENT
STOP 5117
300 N LOS ANGELES STREET
LOS ANGELES, CA 90012

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54018
LOS ANGELES, CA 90054

QUALITY LOAN SERVICE
2141 5TH AVENUE
TS# CA-09-232275-TC
SAN DIEGO, CA 92101

SELECT PORTAFOLIO SERVICING INC
P.O. BOX 65250
SALT LAKE CITY, UT 84165

SELECT PORTAFOLIO SERVICING, INC.
AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICING COMPANY
CSC
2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

SPS SERVICING
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14